AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Nathanael L. Reynolds,
*Plaintiff*

v.                                             Civil Action No.    4:15-cv-00865-MGL

Assistant Solicitor Tyler B. Brown; Assistant Solicitor Kimberly V Barr, Over Williamsburg County; Head Solicitor Earnest A. Finney, III, of Sumter S.C.,
*Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ The plaintiff, Nathanael L. Reynolds, shall take nothing of the defendants, Assistant Solicitor Tyler B. Brown; Assistant Solicitor Kimberly V Barr, Over Williamsburg County; Head Solicitor Earnest A. Finney, III, of Sumter S.C., and this action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary. G Lewis, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:   June 30, 2015                                      *ROBIN L. BLUME, CLERK OF COURT*

                                                                                s/M. Walker
                                                                    *Signature of Clerk or Deputy Clerk*